

*United States Probation & Pretrial Services*

United States District Court
Central District of California

**Brian D. Karth**
District Court Executive / Clerk of Court



**Natasha Alexander-Mingo**
Chief Probation & Pretrial Services Officer

```
FILED
CLERK, U.S. DISTRICT COURT

1/27/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY
```

PACTS No: 9561043

**Passport Receipt**

U.S. Probation & Pretrial Services
Roybal

Defendant Name: Jin Liu

Name on passport, if different:

Country of Origin: People's Republic of China

Passport Number: ▮▮▮▮▮▮▮

Date passport issued: 12/16/09

Expiration date of passport: 12/15/19

Ordered by court in the Central District of California

Docket Number: **0973 2:24CR00761-3**

| | |
|---|---|
| Yuehong Qin  *Yuehong Qin* | 01/27/25 |
| Surrendered By | Date |

| | |
|---|---|
| Lilia Flores  *[signature]* | 01/27/25 |
| Received By | Date |

| | |
|---|---|
| Returned To | Date |

| | |
|---|---|
| Surrendered By | Date |

Purpose Returned

Address (if mailed)

Edward R. Roybal Federal Building & U.S. Courthouse, 255 East Temple Street, Suite 1410, Los Angeles, CA 90012 / 213-894-4726 phone, 213-894-0231 fax